

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00004-CV

IN RE PANINA, INC. D/B/A JA                                    RELATOR
CONSTRUCTION SERVICES

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 017-266141-13

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus  is denied.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  January 29, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).